IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------

SANDRA PANKIW,

                Plaintiff,

-vs-

FEDERAL INSURANCE COMPANY,

                Defendant.

------------------------------------------------

CASE NO. 1:04 CV 2334

<u>JUDGMENT ENTRY</u>

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This Court, having contemporaneously entered an order granting the defendant's motion for a judgment on the administrative record, hereby enters judgment against the plaintiff Sandra Pankiw and in favor of the defendant Federal Insurance Company.

    IT IS SO ORDERED.

                                            UNITED STATES DISTRICT JUDGE

Date: 10 July 07